1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| TIMOTHY LAWRENCE PRINCE, | Case No. C05-5493FDB |
|---|---|
| Petitioner, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| STATE OF WASHINGTON, | |
| Respondent. | |

Petitioner's application for leave to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to petitioner.

DATED this 8th day of August, 2005.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1